

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-27-2006

# P. N. v. Clementon Bd of Ed

Precedential or Non-Precedential: Precedential

Docket No. 04-4705

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"P. N. v. Clementon Bd of Ed" (2006). *2006 Decisions.* Paper 1170.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1170

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 04-4705

P. N., an infant, individually and by
his parent and legal guardian; M. W.,
                                                        Appellants
                            v.

CLEMENTON BOARD OF EDUCATION

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 02-cv-01351)
District Judge: Honorable Freda L. Wolfson

Argued December 12, 2005

Before: SLOVITER, SMITH, and STAPLETON, Circuit Judges.

ORDER AMENDING OPINION

        IT IS ORDERED that the slip opinion in the above case, filed April 5, 2006,
be amended as follows:

        To add the names of Amici and their counsel immediately after counsel Jamie
Epstein and James F. Schwerin, listed on the first page:

David F. Abernethy
Kimberly M. Coffina
Drinker Biddle & Reath LLP
Philadelphia, PA l9l03-6996

Ruth Deale Lowenkron
Education Law Center
Newark, N.J.  07102

        Attorneys for Amici Curiae Education Law Center

By the Court,


 /s/ Dolores K. Sloviter
Circuit Judge

Dated: April 27, 2006